**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

James J. Pastore
Partner
jjpastore@debevoise.com
+1 212 909 6793

September 17, 2025

BY ECF

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

> By reason of the reassignment of the action to the undersigned as related to Quintero, the relief sought in the letter of Sept 17, 2025 is moot. Letter motion at ECF 12 should be terminated.
> SO ORDERED
> [signed] P Kevin Castel USDJ
> 9-24-25

**Khamari Babb v. Trustees of Columbia University in the City of New York**
**1:25-cv-06745-JPC**

Dear Judge Cronan:

      We represent Defendant Trustees of Columbia University in the City of New York ("Columbia") in the above-referenced matter, and write pursuant to Rule 1(A) of Your Honor's Individual Rules of Practice in Civil Cases to request that the above-captioned case be related to *Joseph Quintero, et al. v. Trustees of Columbia University in the City of New York*, 1:25-cv-5541 (PKC). Plaintiff's counsel consents to this request.

      In connection with this request, we note the following:

- Local Civil Rule 1.6 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York requires that "each attorney appearing in a case must bring to the attention of the court potentially related cases, to the extent required by the Division of Business Rules in the district where the case was filed";

- Rule 13(a) of the Rules for the Division of Business Among District Judges, Southern District of New York outlines four considerations to determine relatedness of a civil case: "(A) the actions concern the same or substantially similar parties, property, transactions, or events; (B) there is substantial factual overlap; (C) the parties could be subjected to conflicting orders; and (D) whether absent a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the court, parties, or witnesses";

- The above-captioned case (the "*Babb* action") and an earlier-filed case, *Joseph Quintero, et al. v. Trustees of Columbia University in the City of New York*, 1:25-cv-05541 (PKC) (the "*Quintero* action"), both arise out of the same June 24, 2025 cyber-attack on Columbia;

- Both the *Babb* action and the *Quintero* action are putative class actions;

- The *Babb* action and the *Quintero* action allege nearly identical claims against the same defendant and seek similar relief;

- The *Babb* action and the *Quintero* action are at the same stage of litigation as Columbia has yet to respond to the complaint in either action;

- The *Quintero* action has a lower docket number than the *Babb* action;

- The parties agree that the *Babb* action and the *Quintero* action involve common questions of law and fact and, in the interests of justice and efficiency, should be related.

Respectfully submitted,

*/s/ James J. Pastore, Jr.*

James J. Pastore, Jr.

cc: All Counsel of Record (via ECF)